```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| SHAUN MCGOUGH,<br><br>    Plaintiff,<br><br>-against-<br><br>ELASTICSEARCH INC., RACHELE IGOE, ERIKA HARAGUCHI, and DOES 1-X,<br><br>    Defendants. | 22-cv-9600 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

The Court has received notice that the parties have settled this matter and consented to the case being referred to Judge Lehrburger for prompt review of the Fair Labor Standards Act claim. Accordingly, the motion to exclude plaintiff's expert witness, see ECF No. 21, is denied as moot. The Clerk of Court is respectfully directed to close ECF No. 21.

    SO ORDERED.

New York, NY
9/27, 2024

                                                  JED S. RAKOFF, U.S.D.J.